## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Florida

Case Number: 1:20-CV-20289-CMA

Plaintiff:
**GARY SEIFRIT**

vs.

Defendant:
**DOWNTOWN DEVELOPMENT AUTHORITY OF THE CITY OF MIAMI, ET AL**

BII2020003556

For:
Sarah Waters, Esq.
Derek Smith Law Group, PLLC
701 Brickell Avenue
Suite 1310
Miami, FL 33131

Received by Burke Process Service, Inc on the 10th day of April, 2020 at 1:37 pm to be served on **CHRISTINA CRESPI, 1200 NE 91ST TERRACE, MIAMI SHORES, FL 33138**.

I, Ariel Maldonado, do hereby affirm that on the **15th day of April, 2020** at **6:00 pm, I:**

**SUBSTITUTE - RESIDENTIAL:** served by delivering a true copy of the **Summons in a Civil Action and Complaint** with the date and hour of service endorsed thereon by me, to: **DENA ALMIJO** as **CO-RESIDENT**, **at the address of**, 7901 ESPANOLA AVENUE, APT 1012, NORTH BAY VILLIAGE, FL 33141of the within named person's usual place of abode, who has confirmed to the process server that they reside therein and who is fifteen (15) years of age or older.  The process server informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 64, Sex: F, Race/Skin Color: HISPANIC, Height: 5'4, Weight: 130, Hair: BROWN, Glasses: N

Under penalties of perjury, I declare that I have read the foregoing Return of Service and the facts stated are true and correct. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525 (2).

**Ariel Maldonado**
#1843

**Burke Process Service, Inc**
**1199 W. Newport Center Drive**
**Deerfield Beach, FL 33442**
**(954) 514-0116**

Our Job Serial Number: BII-2020003556

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1k