# **RETURN OF SERVICE**

UNITED STATES DISTRICT COURT
District of Florida

Case Number: 1:20-CV-20289-CMA

Plaintiff:
**GARY SEIFRIT**

vs.

Defendant:
**DOWNTOWN DEVELOPMENT AUTHORITY OF THE CITY OF MIAMI, ET AL**

BII2020003764

For:
Sarah Waters, Esq.
Derek Smith Law Group, PLLC
701 Brickell Avenue
Suite 1310
Miami, FL 33131

Received by Burke Process Service, Inc on the 17th day of April, 2020 at 3:37 pm to be served on **DOWNTOWN DEVELOPMENT AUTHORITY OF THE CITY OF MIAMI C/O CHRISTINA CRESPI, 7901 ESPANOLA AVE, APT 1012, NORTH BAY VILLAGE, FL 33141**.

I, Lazaro Ordaz, do hereby affirm that on the **21st day of April, 2020** at **6:50 pm, I:**

**INDIVIDUAL/PERSONAL:** served by delivering a true copy of the **Summons in a Civil Action and Complaint** to: **CHRISTINA CRESPI** at the address of: **7901 ESPANOLA AVE, APT 1012, NORTH BAY VILLAGE, FL 33141** with the date and hour of service endorsed thereon by me, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 40, Sex: F, Race/Skin Color: Hispanic, Height: 5'4", Weight: 160, Hair: Blonde, Glasses: N

Under penalties of perjury, I declare that I have read the foregoing Return of Service and the facts stated are true and correct. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525 (2).

**Lazaro Ordaz**
# 2319

**Burke Process Service, Inc**
**1199 W. Newport Center Drive**
**Deerfield Beach, FL 33442**
**(954) 514-0116**

Our Job Serial Number: BII-2020003764

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1k